# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-CR-00307-01-DGK |
| ) | |
| EDITH MISAEL SALAS-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court are Defendant's Motion to Suppress Evidence (Doc. 39), the Government's Response in Opposition (Doc. 43) and United States Magistrate Judge Matt Whitworth's Report and Recommendation (Doc. 49).

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(3), the Court ADOPTS the Report and Recommendation (Doc. 49) and DENIES Defendant's Motion to Suppress (Doc. 39).

**IT IS SO ORDERED.**

Date: December 28, 2017       /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT